IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

BOBBY JAMES INGRAM,

    Plaintiff,

v.      CIVIL ACTION NO.: CV206-184

JOHN CARTER, Sheriff, and
BO JACKSON, Chief Jailer,

    Defendants.

## ORDER

In correspondence received by the Clerk on November 20, 2006, Plaintiff moves for reconsideration of the Court's November 6, 2006 Order. That Order adopted the Magistrate Judge's recommendation, without objection, that this case be dismissed. In his correspondence, Plaintiff asserts that he did file objections to the Magistrate Judge's Report. A review of the Clerk's file shows that no objections have been filed by the Plaintiff. Plaintiff's "Motion for Reconsideration" is **DENIED**.

**SO ORDERED**, this 8th day of Dec, 2006.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA