IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

BOBBY JAMES INGRAM,

    Plaintiff,

v.                                         CIVIL ACTION NO.: CV206-184

JOHN CARTER, Sheriff, and
BO JACKSON, Chief Jailer,

    Defendants.

## ORDER

Plaintiff has filed a Motion for Physical and Mental Examinations. As this case was closed by Order dated November 6, 2006, Plaintiff's motion is **dismissed**.

**SO ORDERED**, this 15th day of December, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)